IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER W. MAYO**                                          **PLAINTIFF**
**#184049**

v.                   No: 3:20-cv-303-DPM

**KEITH BOWERS, Administrator,**
**Craighead County Detention Center**             **DEFENDANT**

## ORDER

1. The Court withdraws the reference.

2. Mayo hasn't responded to the Court's 26 October 2020 Order; instead, his mail is still being returned undelivered. *Docs. 5–8.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

3 December 2020