IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER W. MAYO**  **PLAINTIFF**
**#184049**

v.  No: 3:20-cv-303-DPM

**KEITH BOWERS, Administrator,**
**Craighead County Detention Center**  **DEFENDANT**

## JUDGMENT

Mayo's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 December 2020